FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

RACHEL WEIDEMANN
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: rachel.weidemann@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 27 2012
at 8 o'clock and 00 min. A M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.: CR 12 00889 |
| Plaintiff, | ) | INFORMATION |
| | ) | [18 U.S.C. § 13, H.R.S. § 286-102] |
| vs. | ) | |
| STEVEN M. BLAIR, | ) | A&P DATE: 8/29/12 |
| Defendant. | ) | CIT. NO.: 2380285/H20 |

INFORMATION

The United States Attorney charges that:

On or about June 21, 2012 in the District of Hawaii and at a place within the special maritime and territorial jurisdiction of the United States, to wit: Joint Base Pearl Harbor-Hickam, Hawaii, STEVEN M. BLAIR, defendant herein, did operate a motor vehicle without first being appropriately examined and duly licensed as a qualified driver of that

category of motor vehicle, thereby committing the offense of driving without a valid license.

All in violation of Hawaii Revised Statutes, Section 286-102 and Title 18, United States Code, Section 13.

DATED: August 24, 2012 at Honolulu, Hawaii.

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

By ______________________
RACHEL WEIDEMANN
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES vs. STEVEN M. BLAIR
CR. NO.:
CIT. NO.: 2380285/H20 (No valid driver's license)
INFORMATION